```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 12130
   LINDA D SAFFOLD
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY

           Debtor
   SSN XXX-XX-6998


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 07/07/2007 and was confirmed 01/10/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 07/03/2008.
------------------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                              PAID           PAID
------------------------------------------------------------------------------
EVERHOME MORTGAGE           CURRENT MORTG         .00            .00            .00
LASALLE BANK FSB            CURRENT MORTG         .00            .00            .00
BANCO POPULAR               SECURED VEHIC     7500.00          99.47        1085.53
BANCO POPULAR               UNSECURED         4597.68            .00            .00
ILLINOIS DEPT OF REVENUE    PRIORITY           294.22            .00            .00
B-REAL LLC                  UNSECURED         4874.38            .00            .00
AT&T WIRELESS               UNSECURED          161.13            .00            .00
PEOPLES GAS LIGHT & COKE    UNSECURED          848.28            .00            .00
LVNV FUNDING LLC ASSIGNE    UNSECURED          244.39            .00            .00
EVERHOME MORTGAGE           MORTGAGE ARRE         .00            .00            .00
LASALLE BANK FSB            MORTGAGE ARRE         .00            .00            .00
ILLINOIS DEPT OF REVENUE    UNSECURED          377.28            .00            .00
ROBERT J SEMRAD & ASSOC     REIMBURSEMENT       64.00            .00          64.00
ROBERT J SEMRAD & ASSOC     DEBTOR ATTY       3,500.00                      2,942.95
TOM VAUGHN                  TRUSTEE                                           348.05
DEBTOR REFUND               REFUND                                               .00

       Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                       RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                 4,540.00

PRIORITY                                       64.00
SECURED                                     1,085.53
     INTEREST                                  99.47
UNSECURED                                        .00
ADMINISTRATIVE                              2,942.95
TRUSTEE COMPENSATION                          348.05
DEBTOR REFUND                                    .00
                       -------------       -------------
TOTALS                  4,540.00            4,540.00
```

                PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 12130 LINDA D SAFFOLD

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                        /s/ Tom Vaughn
Dated: 10/29/08                         _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE
```